**R. A. RICHEY, Plaintiff in Error, v. CENTRAL SECURITIES COMPANY, Defendant in Error.**

**No. 10706.**

Court of Civil Appeals of Texas. San Antonio.

Feb. 14, 1940.

Clarence R. Boatwright and Dodson, Ezell & Duke, all of San Antonio, for plaintiff in error.

Charles M. Dickson and Henry F. Holland, both of San Antonio, for defendant in error.

SMITH, Chief Justice.

This is a companion case with E. L. Kirby v. South Texas National Bank of San Antonio, this day decided by this court. 137 S.W.2d 98.

The issues of law and of fact in the two cases are identical, and for the reasons given in the opinion in the companion case, the judgment in this cause will be reversed and the cause remanded.

Reversed and remanded.